UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL LOUISE MARCHESE,

    Plaintiff,

v.                                       Case No. 3:18cv1318-LC-HTC

ESCAMBIA COUNTY FLORIDA
SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

# **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 6, 2019 (doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that it should be adopted.

    Accordingly, it is now **ORDERED** as follows**:**

    1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to prosecute or failure to comply with a Court order.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of September, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**